# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHEILA JONES, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF ERNEST HARRIS<br><br>VERSUS<br><br>ASSOCIATED MARINE TERMINALS, LLC AND TURN SERVICES, LLC | CIVIL ACTION<br><br>NO. 18–2438 c/w 18–2568<br><br>SECTION "F"(3)<br>JUDGE MARTIN L.C. FELDMAN<br><br>MAGISTRATE DANA M. DOUGLAS<br><br>THIS CONSENT JUDGMENT APPLIES TO CASE NOS. 18-2438 and 18-2568 |

## CONSENT JUDGMENT

**CONSIDERING** Associated Marine Equipment, L.L.C.'s Motion for Partial Summary Judgment on Seaman Status (Rec. Doc. 36), Associated Marine Equipment, L.L.C.'s Motion for Partial Summary Judgment on Punitive Damages (Rec. Doc. 35), and the parties' Joint Motion for Entry of Consent Judgment:

**IT IS ORDERED, ADJUDGED, AND DECREED** that Associated Marine Equipment, L.L.C.'s Motion for Partial Summary Judgment on Seaman Status (Rec. Doc. 36) is hereby granted, and that the Plaintiffs' alternative claims, including those under 33 U.S.C. 905(b) of the Longshore and Harbor Workers' Compensation Act, fail as a matter of law and are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Associated Marine Equipment, L.L.C.'s Motion for Partial Summary Judgment on Punitive Damages (Rec. Doc. 35) is hereby granted, and that the Plaintiffs' claims against Associated Marine Equipment, L.L.C. to recover punitive damages under the Jones Act for

employer negligence and/or for unseaworthiness under general maritime law are hereby be dismissed.

Thus, done and signed in New Orleans, Louisiana, this __16th__ day of January, 2019.

_____
HONORABLE MARTIN L.C. FELDMAN